```
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

```
MADELINE YOUNG,                  )
                                 ) Civil Action
          Plaintiff              ) No. 09-cv-03460
                                 )
     vs.                         )
                                 )
ST. LUKE'S HOSPITAL,             )
                                 )
          Defendant              )
```

O R D E R

NOW, this 30th day of March, 2010, upon consideration of the following documents:

(1) Motion of Defendant, St. Luke's Hospital, to Dismiss the Amended Complaint, or in the Alternative, for Summary Judgment, which motion was filed together with a memorandum of law in support on August 6, 2009 (Document 3);

(2) Motion of Defendant, St. Luke's Hospital, to Deem as Uncontested its Motion to Dismiss the Amended Complaint, or in the Alternative, for Summary Judgment, which motion was filed together with a memorandum of law in support on August 25, 2009 (Document 8);

(3) Plaintiff's Motion to Amend Complaint, which motion was filed together with a proposed Second Amended Complaint on August 31, 2009 (Document 9); and

(4) Defendant's Response to Plaintiff's Motion to Amend Complaint, which response was filed together with a brief in opposition ("Defendant's Brief") on September 10, 2009 (Document 13);

and for the reasons expressed in the accompanying Opinion,

IT IS ORDERED that Plaintiff's Motion to Amend Complaint is granted.

IT IS FURTHER ORDERED that plaintiff shall have until on or before April 16, 2010 to file and serve her Second Amended Complaint in the format of her proposed Second Amended Complaint, and signed by counsel of record.

IT IS FURTHER ORDERED that the Motion of Defendant, St. Luke's Hospital, to Dismiss the Amended Complaint, or in the Alternative, for Summary Judgment, and the Motion of Defendant, St. Luke's Hospital, to Deem as Uncontested its Motion to Dismiss the Amended Complaint, or in the Alternative, for Summary Judgment, are each dismissed as moot.

BY THE COURT:


/s/ James Knoll Gardner
James Knoll Gardner
United States District Judge